# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CALDARELLA, JOSEPH F.                     § Case No. 08-29105
                                                 §
                                                 §
Debtors                                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 22,173.05 |
| *and approved disbursements of* | $ 22.87 |
| *leaving a balance of* | $ 22,150.18 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Illinois Department of Employment Security | $ 9,320.63 |
| JPMorgan Chase Bank, N.A. | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 2,967.22 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 1,488.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

UST Form 101-7-NFR (4/1/2009)

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,815.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 | Illinois Department of Employment Security | $ 4,815.80 | $ 4,815.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,738.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | LaSalle Bank National Association | $ 84,737.91 | $ 3,398.13 |
| 3 | Illinois Department of Employment Security | $ 240.00 | $ 9.62 |
| 4 | Midwest Verizon Wireless | $ 611.32 | $ 24.51 |
| 5 | Ford Motor Credit Company | $ 3,148.88 | $ 126.27 |

UST Form 101-7-NFR (4/1/2009)

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*

                             N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*

                             N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

    The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
219 S. Dearborn Street
Chicago, IL 60604

    If local court rules so require, the following procedure for objecting must be followed:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/21/2009 in Courtroom 644, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/18/2009     By: /s/GLENN R. HEYMAN
                                                                                                                                 Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sburton              Page 1 of 2                   Date Rcvd: Jun 19, 2009
Case: 08-29105                 Form ID: pdf006            Total Noticed: 48

The following entities were noticed by first class mail on Jun 21, 2009.
db         +Joseph F. Caldarella,    914 S. Arlington Heights Rd.,    Arlington Heights, IL 60005-2664
aty        +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
             Batavia, IL 60510-3169
aty        +Joshua D Greene,    Springer, Brown, Covey, Gaertner & Davis,    232 S. Batavia Avenue,
             Batavia, IL 60510-3169
tr         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
12762046    AT&T,    PO Box 8100,   Aurora, IL 60507-8100
12762043    Allied Interstate,    3000 Corporate Dr.,    Columbus, OH 43231
12762044   +Ambassador Bridge & Paving,    c/o Hutchinson, Warren & Associates,
             39393 Van Dyke, Ste. 103, Box 8018,    Sterling Heights, MI 48313-4636
13016938   +At&t,    C/O NCO Financial,    PO Box 15630,   Wilmington, DE 19850-5630
12762047   +Berman & Rabin, P.A.,    10660 Barkley,    Overland Park, KS 66212-1861
13016941   +CE Rentals,    1021 South Route 83,    Elmhurst, IL 60126-4966
12762048   +Capital One,    P.O. Box 60024,    City Of Industry, CA 91716-0024
13016940   +Capital One,    C/O First Source Advantage,    205 Bryant Woods South,    Buffalo, NY 14228-3609
13016939    Capital One,    C/O Allied Interstate,    3000 Corporate Dr,    Columbus, OH 43231
13016942   +City of Aurora,    Attention Revenue & Collections,    3770 McCoy Drive,    Aurora, IL 60504-4401
13016943   +City of Elmhurst,    C/O Armor Systems Corp,    1700 Kiefer Dr Suite 1,    Zion, IL 60099-5105
12762050   +City of Elmhurst,    209 North York St.,    Elmhurst, IL 60126-2755
13016944    CorkHill Insurance Agency Inc,    25 NW Point Blvd,    Suite 625,    Elmhurst, IL 60126
13016945   +Diamond Vantage Inc,    C/O Berman & Rabin PA 10660 Barkley,    Overland Park, KS 66212-1861
12762063   +Diamond Vantage, Inc.,    11913 Cartwright Rd.,    Grandview, MO 64030-1171
12762064    Diversified Consultants,    PO Box 551268,    Jacksonville, FL 32255-1268
13016946    FIDES Northern Region,    260 E Indian Trail Road,    Aurora, IL 60505
12762065   +First Source Advantage,    205 Bryant Woods South,    Buffalo, NY 14228-3609
12762066   +Ford Motor Credit,    P.O. Box 55000,    Dept. 194101,    Detroit, MI 48255-0001
13016947   +Ford Motor Credit,    C/O Freedman Anselmo Lindberg & Rappe L,    PO Box 3228,
             Naperville, IL 60566-3228
13641749   +Ford Motor Credit Company,    Freedman, Anselmo, Lindberg & Rappe LLC,    PO Box 3216,
             Naperville, IL 60566-7216
12762067   +Freedman Anselmo Lindberg & Rappe L,    P.O. Box 3228,    Naperville, IL 60566-3228
12762068   +Husqvarna Construction Products,    c/o Pellettieri & Hennings, P.C.,    450 E. 22nd St., Ste 213,
             Lombard, IL 60148-6176
12762069    Illinois Depart.of Emplymt. Sec.,    Box19286,    Springfield, IL 62794
13461970   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808
12762070   +Illinois Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
12762071    Industrial Realty, Inc.,    5540 St. Charles Rd.,    Berkeley, IL 60163
13036776   +JPMorgan Chase Bank, N.A.,    201 N Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
12762072   +LaSalle Bank,    4747 W. Irving Park Rd.,    Chicago, IL 60641-2791
13016948   +LaSalle Bank,    C/O Latimer Levay Jurasek LLC,    55 W Monroe St,    Suite 1100,
             Chicago, IL 60603-5128
12762073   +Latimer, Levay, Jurasek, LLC,    55 W. Monroe St.,    Suite 1100,    Chicago, IL 60603-5128
13617487   +Midwest Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
13016949   +Midwest Welding Supply,    3900 West North Ave,    Stone Park, IL 60165-1093
12762074   +NCO Financial,    PO Box 15630,    Wilmington, DE 19850-5630
12762076   +Sherwin Industries, Inc.,    2129 W. Morgan Avenue,    Milwaukee, WI 53221-1534
13016950   +Stanley Ziber & Assoc PC,    666 Dundee Road Suite 807,    Northbrook, IL 60062-2769
12762080   +Washington Mutual,    P.O. Box 100576,    Florence, SC 29502-0576
13016951   +Waste Management,    C/O RMS,    260 E Wentworth Avenue,    Saint Paul, MN 55118-3523
12762081   +Wright Express,    c/o Fleet Services,    P.O. Box 6293,    Carol Stream, IL 60197-6293

The following entities were noticed by electronic transmission on Jun 20, 2009.
12762045   +E-mail/Text: RBALTAZAR@ARMORSYS.COM                            Armor Systems Corp.,
             1700 Kiefer Dr. Suite 1,    Zion, IL 60099-5105
12762049    Fax: 602-221-4614 Jun 19 2009 23:03:49       Chase Auto Finance,    PO Box 9001083,
             Louisville, KY 40290-1083
12762051   +E-mail/Text: brandy.glashin@comed.com                             Com ED,   Bill Payment Center,
             Chicago, IL 60668-0001
12762075   +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    Box 416,
             Aurora, IL 60568-0001
12762079   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 20 2009 02:50:55      Verizon,
             P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12762052     Concrete Cutting Services, Inc.
12762053     Concrete Cutting Services, Inc.
12762054     Concrete Cutting Services, Inc.
12762055     Concrete Cutting Services, Inc.
12762056     Concrete Cutting Services, Inc.
12762057     Concrete Cutting Services, Inc.
12762058     Concrete Cutting Services, Inc.
12762059     Concrete Cutting Services, Inc.
12762060     Concrete Cutting Services, Inc.
12762061     Concrete Cutting Services, Inc.
12762062     Concrete Cutting Services, Inc.
13038179     LaSalle Bank National Association, n/k/a Bank of A
12762077     Suzanne Alipourian
12762078     Unknown
```

```
District/off: 0752-1          User: sburton              Page 2 of 2               Date Rcvd: Jun 19, 2009
Case: 08-29105                Form ID: pdf006            Total Noticed: 48

aty*         +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
                                                                                  TOTALS: 14, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2009**          **Signature:** *Joseph Speetjens*